IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHEN R. AMOS,

    Plaintiff,

v.                                    CASE NO. 5:16-cv-00013-MP-EMT

R. DIXON, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 4, 2016. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 6, is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE as malicious, pursuant to 28 U.S.C § 1915(e)(2)(B)(I).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this  7th  day of March, 2016

                                        *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge